# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| AUTHOR MANNING THE II,<br><br>*Plaintiff*<br><br>v.<br><br>MERRILL LYNCH, BANK OF AMERICA,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§  Civil Action No.<br>§<br>§<br>§<br>§<br>§ |

## **LIST OF ALL PARTIES**

**Plaintiff:**

Author Manning the II

**Defendant:**

Merrill Lynch, Pierce, Fenner & Smith Incorporated[1].

**Case Status:** This case is currently pending. Defendant Merrill has not yet filed a responsive pleading.

---

[1] The named entity "Merrill Lynch, Bank of America" does not exist. Defendant assumes Plaintiff intended to name Merrill Lynch, Pierce, Fenner & Smith Incorporated, and files this Notice of Removal as such.

---

**DEFENDANT MERRILL'S NOTICE OF REMOVAL**                                                                                              1

Dated: September 21, 2023

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

By: /s/ *Ellen Sessions*
    Ellen Sessions
    Texas Bar No. 00796282
    ellen.sessions@nortonrosefulbright.com
    2200 Ross Avenue, Suite 3600
    Dallas, TX 75201
    Telephone: (214) 855-7465
    Facsimile:  (214) 855-8200

    Taylor Shields
    Texas Bar No. 24126440
    taylor.shields@nortonrosefulbright.com
    1225 Seventeenth Street, Suite 3050
    Denver, CO 80202
    Telephone: (303) 801-2700
    Facsimile:  (303) 801-2777

***Counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated***

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2023, the foregoing document was served in accordance with the Federal Rules of Civil Procedure on the following:

Author Manning the II
Legalknights55@gmail.com
9798 County Road 165
Overton, TX 75684
Phone: (903) 424-4330

                                            /s/ *Ellen Sessions*
                                              Ellen Sessions